IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:20-CR-00109-M
Civil No. 5:21-CV-00505-M

JUAN ROBERTO GONZALEZ-DE LA MORA, )
)
      Petitioner, )
)
v. )   ORDER
)
UNITED STATES OF AMERICA, )
)
      Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States is DIRECTED to file an Answer pursuant to Rule 5 of the Rules Governing § 2255 Proceedings, or to make such other response as appropriate, to Petitioner's § 2255 Motion to Vacate, Set Aside or Correct Sentence within **forty (40)** days of the filing of this order.

SO ORDERED this 14th day of December, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE