# ATTACHMENT-A

E.D.N.Y.
15-cv-5649
Gershon, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand fifteen.

Present:
José A. Cabranes,
Barrington D. Parker,
Raymond J. Lohier, Jr.,
*Circuit Judges.*

Richard Lugo,

*Petitioner,*

v. 15-3064

United States of America,

*Respondent.*

Petitioner moves for leave to file a successive 28 U.S.C. § 2255 motion in the United States District Court for the Eastern District of New York. Upon due consideration, it is hereby ORDERED that the motion is DENIED as unnecessary because, as of the date the proposed § 2255 motion was filed in the district court (before being transferred to this Court), Petitioner's time to file a petition for writ of certiorari in the United States Supreme Court had not yet expired; therefore, the adjudication of Petitioner's prior § 2255 motion was not then final. *See Whab v. United States*, 408 F.3d 116, 118-19 (2d Cir. 2005). It is further ordered that the proceeding is TRANSFERRED to the district court for "whatever further action the district court finds appropriate." *Id.* at 119.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk