PRIOR
MAI

Retail

UNITED STATES POSTAL SERVICE

27601

U.S. POSTAGE PAID
PM
EAST MEADOW, NY 11554
NOV 01, 2023

$9.65

RDC 03 0 Lb 2.80 Oz R2309Y155386-09

USPS TRACKING #

9505 5145 2538 3305 7139 43

JUAN ROBERTO GONZALEZ-DE LA MORA
REGISTER NO. 67367-056
F.C.I. OAKDALE
P.O. BOX 5010
OAKDALE, LA 71463

B/C

**CLERK OF THE COURT**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
310 NEW BURN AVENUE
RALEIGH, NORTH CAROLINA 27601

For international shipments, the maximum weight is 4 lbs.

EP14H July 2022 Outer Dimension: 10 x 5

EXPECTED DELIVERY DAY

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL

PRESS FIRMLY TO SEAL

Schedule free Package Pickup, scan

USPS.COM/PICKUP

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

EP14H July 2022
OD: 10 x 5

RECEIVED
NOV
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

PS00001000064

TRACKED ■ INSURED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H © U.S. Postal Service; July 2022; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.