IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00109-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JUAN ROBERTO GONZALEZ DE LA MORA, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se motion for reduction of his sentence [DE 87]. In accordance with Standing Order 23-SO-6, the court directed the Federal Public Defender to appoint counsel to represent Defendant for the limited purpose of determining whether the defendant may qualify to seek a reduction of his sentence. DE 88. However, no attorney has entered an appearance on behalf of the Defendant in this case.

Accordingly, the court DIRECTS the Federal Public Defender to appoint counsel to represent the client pursuant to Standing Order 23-SO-6 for the purpose of determining whether Defendant is qualified to seek a sentence reduction in this case.

SO ORDERED this 13th day of February, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE