Juan Roberto Gonzalez de la Mora
#67367-056
FCI II Oakdale
Po Box 5010
Oakdale, LA 71463

FOREVER / USA FOREVER / USA FOREVER / USA
FOREVER / USA FOREVER / USA FOREVER / USA
FOREVER / USA FOREVER / USA FOREVER / USA
FOREVER / USA FOREVER / USA FOREVER / USA

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$0.00

Origin: 71463
06/10/24
2166690707-99

PRIORITY MAIL®

0 Lb 2.30 Oz

RDC 03

EXPECTED DELIVERY DAY: 06/13/24

C008

SHIP TO:

1003 S 17TH ST
WILMINGTON NC 28401-8037

USPS TRACKING® #

9505 5139 7377 4162 2448 35

RECEIVED
JUN [illegible]
PETER A. MOORE, [illegible] CLERK
US DISTRICT CO[illegible]

Clerk's Office
United States District Court
Eastern District of North Carolina
[illegible]3 South 17th street
Wilmington, NC 28401