IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00109-M
Case No. 5:21-CV-00505-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | ORDER |
| JUAN ROBERTO GONZALEZ DE LA MORA, | : | |
| Defendant. | : | |

This matter comes before the court on Defendant Juan Roberto Gonzalez de la Mora's ("Gonzalez") "Motion to Request Vacatur[] of Judgment under Rule 60(b)" [DE 97]. Defendant argues that this court lacked jurisdiction to rule on his § 2255 petition and, thus, he seeks an order vacating the court's judgment entered on May 15, 2023 (*see* DE 80).

"Generally, a timely filed notice of appeal transfers jurisdiction of a case to the court of appeals and strips a district court of jurisdiction to rule on any matters involved in the appeal." *Fed. Trade Comm'n v. Lin*, 66 F.4th 164, 166 (4th Cir. 2023) (quoting *Doe v. Public Citizen*, 749 F.3d 246, 258 (4th Cir. 2014)). Here, Gonzalez filed a notice of appeal of the challenged judgment on June 2, 2023 (DE 81), and the appeal remains pending before the Fourth Circuit Court of Appeals. Because this court has been divested of jurisdiction to rule on any matter involving the May 15, 2023 judgment, Gonzalez's motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this 20th day of June, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE