ORIGIN ID:SCFA (417) 591-9211
JUAN ROBERTO GONZALEZ DE LA MORA
REG. NO.: 67367-056
FCI OAKDALE II
P.O BOX 5010
OAKDALE, LA 71463
UNITED STATES US

SHIP DATE: 01DEC25
ACTWGT: 0.10 LB
CAD: 254303705/WSXI3200

BILL SENDER

TO CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
310 NEW BERN AVENUE, SUITE 118
RALEIGH NC 27601
(417) 591-9211 REF: 1
INV: 12943842
PO: DEPT:

58HJ4/0239/59F2

FedEx. Express

E

WED - 03 DEC 5:00P
** 2DAY **

TRK# 0201 3959 6067 0300

S7 SOPAG

SOPA 27601
NC-US RDU

2943842
00001

EXTREMELY URGENT

1115-5028FL

EXTREMEL... ...ENT

RECEIVED
DEC 03 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

URGENT DELIVERY

Delivered by FedEx®